*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00108-CR

Sie Joe **LANN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 97-07-00030-CRL
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  August 24, 2011

PERMANENTLY ABATED

This court has received notice that appellant died on July 8, 2011. Because the appeal was perfected before appellant's death, and we have not yet issued a mandate, it is ordered that the appeal is permanently abated. *See* Tex. R. App. P. 7.1(a)(2); *Vargas v. State*, 659 S.W.2d 422, 423 (Tex. Crim. App. 1983).

PER CURIAM

DO NOT PUBLISH